*In re* ROSALINDA PESQUERA ANNEXY.

*Número:* TS-4614          *Resuelto:* 21 de abril de 2006

*Guillermo Figueroa Prieto*, abogado de la parte peticionaria.

## RESOLUCIÓN

Atendidos los fundamentos que se aducen en el Escrito de Reconsideración de 11 de abril de 2006, presentado por la representación legal de Rosalinda Pesquera Annexy, se reconsidera nuestra Sentencia de 31 de marzo de 2006 y se le reinstala *únicamente* al ejercicio de la profesión de abogado, *efectiva el próximo 3 de mayo de 2006.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*